```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

B. MICHAEL WHITMORE,             :    CIVIL ACTION
                                 :    NO. 14-2393
     Plaintiff,                  :
                                 :
          v.                     :
                                 :
CAROLYN W. COLVIN,               :
                                 :
     Defendant.                  :
                                 :
```

**O R D E R**

**AND NOW**, this **4th** day of **August, 2016**, upon review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge (ECF No. 17), and no objections having been filed,[1] the following is hereby **ORDERED**:

(1)  the Report and Recommendation is **APPROVED** and **ADOPTED**;

(2)  Plaintiff's Request for Review is **DENIED**; and

(3)  the Clerk of Court shall mark this case **CLOSED**.

**AND IT IS SO ORDERED.**

                                         /s/ Eduardo C. Robreno
                                         **EDUARDO C. ROBRENO,   J.**

---

[1] Objections to a magistrate judge's proposed report and recommendation may be filed within fourteen days after service of a copy thereof. See Local Civ. R. 72.1(IV)(b).

Rather than file objections, Plaintiff's counsel filed a notice of Plaintiff's death, stating that "[n]o appeal will be filed." ECF No. 18.